# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

# SAN DIEGO DIVISION

**(Honorable Janis L. Sammartino)**

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>CHRISTIAN OLIVAS GONZALEZ,<br><br>　　　　　　Defendant. | Case No.: 3:22-CR-00146-JLS-10<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |

　　　Pursuant to joint motion, IT IS HEREBY ORDERED that the motion/trial setting hearing in the above entitled case be continued from September 23, 2022, at 1:30 p.m., to October 7, 2022, at 1:30 p.m., before the Honorable Janis L. Sammartino. Defendant shall file an acknowledgment of the new hearing date within one week of this order.

　　　The period of delay from the filing of the joint motion until October 7, 2022, shall be excluded in the interests of justice to facilitate continued defense review.

　　　IT IS SO ORDERED.

Dated:  September 13, 2022

　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　United States District Judge